# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAI ASHISH, INC.,<br><br>　　　　　Defendant. | Case No.  1:21-cv-00967-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING<br><br>(ECF Nos. 7, 8)<br><br>THREE DAY DEADLINE |

　　　On August 5, 2021, Plaintiff filed a motion for default judgment against Defendant Sai Ashish, Inc., and set the motion for hearing before the District Judge  (ECF No. 7.)  On August 6, 2021, the Court reset the hearing for September 15, 2021, before the undersigned in Courtroom 9.  (ECF No. 8.)

　　　Accordingly, IT IS HEREBY ORDERED that within **three (3) days,** Plaintiff shall serve the Defendant with a notice that the hearing on the motion for default judgment has been reset, and file a proof of service with the Court.

IT IS SO ORDERED.

Dated:  __**August 9, 2021**__　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1