UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THERESA BROOKE,**<br><br>**Plaintiff**<br><br>v.<br><br>**SAI ASHISH, INC., a California corporation d/b/a Ramada by Wyndham Fresno Northwest,**<br><br>**Defendants** | **CASE NO. 1:21-CV-0967 AWI SAB**<br><br>**ORDER REFERRING MATTER TO THE MAGISTRATE JUDGE AND VACATING OCTOBER 4, 2021 HEARING**<br><br>(Doc. No. 16) |

    This Americans with Disabilities Act case was filed by Plaintiff on June 17, 2021 in this Court. Summons was served, but Defendants did not respond to the Complaint. As a result, the Clerk made an entry of default against Defendants on July 27, 2021. See Doc. No. 6. On August 5, 2021, Plaintiff filed a motion for default judgment. See Doc. No. 7. Hearing on this motion is currently set for September 15, 2021, before the Magistrate Judge. See Doc. No. 8. On August 26, 2021, Defendant filed a motion to set aside default and/or dismiss the complaint. See Doc. No. 16. This motion is set for hearing before the undersigned on October 4, 2021. See id.

    Considering the nature of Defendant's motion as well as the motion for default judgment that is pending before the Magistrate Judge, the Court finds that it is appropriate to refer Defendant's pending motion to the assigned Magistrate Judge for entry of a Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's pending motion to set aside default and/or dismiss the complaint (Doc. No. 16) is REFERRED to Magistrate Judge Stanley A. Boone;
2. The October 4, 2021 hearing before the undersigned is VACATED; and
3. If Magistrate Judge Boone desires a hearing on Defendant's pending motion, Magistrate Judge Boone's Chambers will set a hearing date at Magistrate Judge Boone's convenience.

IT IS SO ORDERED.

Dated:   September 1, 2021                                   _____
                                                                                  SENIOR  DISTRICT  JUDGE