# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>v.<br><br>SAI ASHISH, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00967-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO MEET AND CONFER<br><br>ORDER SETTING HEARING ON DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND/OR DISMISS AND CONTINUING HEARING ON MOTION FOR DEFAULT JUDGMENT FOR OCTOBER 6, 2021<br><br>(ECF Nos. 7, 8, 16, 18) |

On August 5, 2021, Plaintiff filed a motion for default judgment against Defendant Sai Ashish, Inc., that is currently set for September 15, 2021. (ECF Nos. 7, 8.) On August 26, 2021, Defendant filed a motion to set aside the entry of default, concurrently with a motion to alternatively or additionally dismiss the complaint for lack of standing and lack of subject matter jurisdiction. (ECF No. 16.) On September 1, 2021, the District Judge referred the motion to set aside the default and/or dismiss to the undersigned for the entry of findings and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72. (ECF No. 18.)

In the declaration attached to the Defendant's motion, Defendant's counsel declares that she contacted Plaintiff's counsel on August 23, 2021, to discuss the issues regarding sufficiency

1

of service and the motion to set aside the entry of default, however Plaintiff's counsel was unavailable and did not return a phone call from Defendant's counsel.  (ECF No. 16-2 at 3.) Given it is not clear whether counsel have directly met and conferred regarding this action and the pending motions, the Court shall order the parties to meet and confer regarding their respective motions.  It is the Court's hope that some if not all of the issues raised in the pending motions can be resolved through discussion between the parties and without the need for further briefing from the parties, and adjudication by the Court.  The Court shall set a hearing on the Defendant's motion to set aside default and/or dismiss, and continue the hearing on the Plaintiff's motion for default judgment to the same date.  This will allow time for the parties to complete meeting and conferring, file any stipulations resolving issues raised by the outstanding motions, and complete briefing if the meet and confer efforts are unsuccessful.  If the parties fail to reach any agreement, they shall proceed with the filing of opposition and reply briefs according to the new hearing date and Local Rule 230.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall meet and confer regarding resolution of any issues contained in their respective pending motions;
2. If the parties agree any issues are able to be resolved, they shall file a stipulation withdrawing the motions and/or the entry of default;
3. A hearing on Defendant's motion to set aside the entry of default and/or dismiss (ECF No. 16), is SET for October 6, 2021 at 10:00 a.m.; and
4. The hearing on Plaintiff's motion for default judgment currently set for September 15, 2021 (ECF Nos. 7, 8), is CONTINUED to October 6, 2021 at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **September 2, 2021**

UNITED STATES MAGISTRATE JUDGE