# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAI ASHISH INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-00967-AWI-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 37)<br><br>**DEADLINE: May 23, 2022** |

　　　　This action was filed on June 17, 2021.  (ECF No. 1.)

　　　　On April 30, 2022, the parties filed a notice of settlement, indicating they anticipate filing closing documents in the coming month.  (ECF No. 37.)

　　　　Generally, pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time.  E.D. Cal. L.R. 160(b).  Here, the parties do not request an extension of time under Local Rule 160, nor does the Court deem any extension is required.  Accordingly, the parties' dispositional document shall be due in accordance with the Local Rules.  The parties are advised that no further extensions of time shall be granted absent a showing of good cause, and are reminded that "[a] failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions."  Id. (citing E.D. Cal. L.R. 272).  Further, the parties are advised that once the terms of a settlement agreement are finalized and the settlement agreement is signed by the parties, the Court does not retain jurisdiction to oversee that the parties comply with the terms of

the settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents no later than **May 23, 2022**.

IT IS SO ORDERED.

Dated: **May 2, 2022**

UNITED STATES MAGISTRATE JUDGE