1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>          Plaintiff,<br><br>     v.<br><br>SAI ASHISH INC.,<br><br>          Defendant. | Case No. 1:21-cv-00967-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO SHOW CAUSE IN WRITING WHY MONETARY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY<br><br>**DEADLINE: MAY 31, 2022** |

11
12
13
14
15
16
17

18        Plaintiff Theresa Brooke initiated this action on June 17, 2021.  (ECF No. 1.)  On April

19   30, 2022, the parties submitted a notice of settlement.  (ECF No. 37.)  On May 2, 2022, the Court

20   issued an order vacating all matters and requiring the parties to file dispositional documents by

21   May 23, 2022.  (ECF No. 38.)  The deadline to file dispositional documents has expired, but

22   nothing has been filed.

23        Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules

24   or with any order of the Court may be grounds for imposition by the Court of any and all

25   sanctions . . . within the inherent power of the Court."  The Court has the inherent power to

26   control its docket and may, in the exercise of that power, impose sanctions where appropriate,

27   including dismissal of the action.  Bautista v. Los Angeles Cnty., 216 F.3d 837, 841 (9th Cir.

28   2000).

The Court shall require the parties to show cause why monetary sanctions should not issue for the failure to file dispositional documents in compliance with its May 2, 2022 order.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall show cause in writing **no later than May 31, 2022**, why monetary sanctions should not issue for the failure to file dispositional documents as required by the May 2, 2022 order; and

2. Failure to comply with this order will result in the issuance of sanctions.

IT IS SO ORDERED.

Dated:   **May 24, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

2