# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SAI ASHISH INC.,<br><br>　　　　　Defendant. | Case No. 1:21-cv-00967-AWI-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF Nos. 39, 40) |

　　　　On April 30, 2022, the parties submitted a notice of settlement. (ECF No. 37.) On May 2, 2022, the Court issued an order vacating all matters and requiring the parties to file dispositional documents by May 23, 2022. (ECF No. 38.) As of May 24, 2022, the parties had not filed anything. Accordingly, on May 24, 2022, the Court issued an order to show cause why monetary sanctions should not issue for the failure to comply with the Court's orders. (ECF No. 39.)

　　　　An hour and a half later, the parties filed a notice of voluntary dismissal. (ECF No. 40.) While the parties do not directly provide a response to or address the order to show cause, the Court shall nonetheless construe the filing as both notice of dismissal and response/implied request to discharge the order to show cause and discharge the order to show case.

　　　　Further, in light of the notice of dismissal, this action has been terminated, Fed. R. Civ. P.

1

41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, with each party to bear their own costs and fees.

Accordingly, IS IT HEREBY ORDERED that the May 24, 2022 order to show cause (ECF No. 39) is DISCHARGED. Furthermore, the Clerk of the Court is HEREBY DIRECTED to close the case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated:   **May 25, 2022**

UNITED STATES MAGISTRATE JUDGE